CITY OF NEW ROCHELLE, Appellant, *v.* WESTCHESTER ELECTRIC RAILROAD COMPANY, Respondent, Impleaded with Another.

Argued March 9, 1942; decided April 23, 1942.

*Aaron Simmons, Corporation Counsel* (*Murray C. Fuerst* of counsel), for appellant.

*Irving A. Rubin* for Business Men's Association of New Rochelle, Inc., *amicus curiæ*.

*Alfred T. Davison* and *Addison B. Scoville* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.